

**FILED**

AUG 0 1 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN NEI,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, AND RELATED TRAVELERS COMPANIES,<br><br>Defendants. | CV 17–137–M–DWM<br><br>ORDER |

Pursuant to this Court's July 26 Order, (Doc. 35), and counsel for the plaintiff's supplemental affidavit, (Doc. 36),

IT IS ORDERED that the defendant shall remit $7,625.00 in attorney's fees to the plaintiff on or before August 16, 2018.

DATED this **1st** day of August, 2018.

Donald W. Molloy, District Judge
United States District Court