FILED

AUG 16 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN NEI,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS HOME AND<br>MARINE INSURANCE COMPANY,<br>AND RELATED TRAVELERS<br>COMPANIES,<br><br>Defendants. | CV 17–137–M–DWM<br><br>ORDER |

The Court having reviewed the discovery documents submitted for *in camera*, (*see* Docs. 35, 38, 39),

IT IS ORDERED that Travelers is required to produce the following documents to Plaintiff within ten (10) days of the date of this Order:

- Bates No. THMI00040–41;

- Bates No. THMI00049–50 – the 11/22/2017 1:12:48 PM entry in the middle of THMI00050 may remain redacted;

- Bates No. THMI00052–53;

- Bates No. THMI00055;

- Bates No. THMI00056 – first paragraph only; second, larger paragraph may

1

remain redacted;

- Bates No. THMI00057 – middle paragraph only; first and last paragraphs may remain redacted;
- Bates No. THMI00058 – last paragraph only; first and second paragraphs may remain redacted;
- Bates No. THMI00060–61;
- Bates No. THMI00105;
- Bates No. THMI00148–49;
- Bates No. THMI03024–25 – second email only; first email may remain redacted;
- Bates No. THMI03041;
- Bates No. THMI03070–71;
- Bates No. THMI03443;
- Bates No. THMI03910;
- Bates No. THMI04067;
- Bates No. THMI04072;
- Bates No. THMI04186; and
- Bates No. THMI04194.

Travelers is not required to produce the remainder of those documents identified in the Third Supplemental Privilege Log, (Doc. 26-10), as they have been properly

withheld.

DATED this 16th day of August, 2018.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court