Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
*Attorneys for Defendant The Travelers Home
and Marine Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| STEVEN NEI, | Cause No. 17-137-M-DWM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, AND RELATED TRAVELERS COMPANIES, | |
| Defendants. | |

It is hereby stipulated between Plaintiff and Defendant, by and through their respective attorneys of record, that the above-entitled action be, and the same hereby is, dismissed with prejudice, as being fully settled on the merits, each party to bear their own attorneys' fees and costs. A proposed Order is attached for the Court's consideration and convenience.

DATED this 27th day of November, 2018.

        TOWE & FITZPATRICK, PLLC

        BY   /s/ James T. Towe
               James T. Towe
               *Attorney for Plaintiff*

        BROWN LAW FIRM, P.C.

        BY   /s/ Jon A. Wilson
               Guy W. Rogers / Jon A. Wilson
               *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2018, a copy of this Stipulation for Dismissal with Prejudice was served on the following person(s):

1. U.S. District Court, Missoula Division

2. James T. Towe
   TOWE & FITZPATRICK, PLLC
   619 S.W. Higgins, Ste. O
   P.O. Box 1745
   Missoula, MT 59806

by the following means:

| | | | |
|---|---|---|---|
| _1, 2_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | U.S. Mail | _____ | Overnight Delivery Services |

By: __/s/ Jon A. Wilson__
Guy W. Rogers / Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant The Travelers Home and Marine Insurance Company*