**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

NOV 27 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

STEVEN NEI,

    Plaintiff,

vs.

THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY,
AND RELATED TRAVELERS
COMPANIES,

    Defendants.

CV 17–137–M–DWM

ORDER

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs. All pending motions are MOOT and

all deadlines are VACATED.

DATED this _27_ day of November, 2018.

Donald W. Molloy, District Judge
United States District Court